**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DELMAR A. MOORE,

                    Plaintiff,                    19 **CIVIL** 3588 (ALC)

      -against-                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,
                 Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 28, 2020, the Commissioner's Motion for Judgment on the Pleadings is DENIED and Plaintiff's Motion for Judgment on the Pleadings is GRANTED. The Commissioner's denial of benefits is VACATED and the case is REMANDED.

**Dated:**  New York, New York
          September 29, 2020

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                       **BY:**      *K. Mango*
                                                   **Deputy Clerk**